UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NYDIA ROSA MARTINEZ,

Plaintiff,

vs.

Civil Action No.:
1:26-CV-07487-RWL

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
----------------------------------------------------------X

**ORDER**

AND, NOW, this 18th day of November, 2026, upon consideration of Plaintiff's Motion for an extension of time to file her brief,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's brief is due January 4, 2027. Defendant's brief is due March 5, 2027. Plaintiff's reply, if any, is due March 19, 2027.

Dated: November 18, 2026
New York, NY

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 9.